IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3086 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE VICTOR RETANA-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and with the agreement of the government and the United States Marshal,

IT IS ORDERED that the defendant's sentencing is rescheduled to Thursday, August 23, 2007, at 3:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

August 21, 2007.          BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge